UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 13-21928 ABA

Debtor: Troy & Robin L. Brier

| Check Number | Creditor | Amount |
|---|---|---|
| 1861461 | PHH Mortgage Corporation | 2979.13 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   October 10, 2014